FILED
2015 Aug-04 PM 04:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**CORNELIUS MARSHETT GRAY,**       )
                                    )
    **Petitioner,**              )
                                    )
**vs.**                             )   **Case No. 7:14-cv-00271-RDP-TMP**
                                    )
**LEE POSEY DANIELS,** *et al.*,    )
                                    )
    **Respondents.**            )

## MEMORANDUM OPINION

The Magistrate Judge filed his Report and Recommendation (Doc. 21) in the above-styled cause on July 22, 2015, recommending that the § 2254 petition for writ of *habeas corpus* challenging the constitutional validity of Petitioner's conviction be denied and dismissed with prejudice. Petitioner's objections to the Report and Recommendation were received by the court on August 4, 2015. (Doc. 22).

Having now carefully reviewed and considered *de novo* all materials in the court file relevant to the case, including the objections to the Report and Recommendation, the court finds that the Report is due to be **ADOPTED** and the recommendation **ACCEPTED**. A corresponding order shall be entered contemporaneously herewith.

**DONE** and **ORDERED** this ____4th____ day of August, 2015.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE